EMMETT McGRAW v. WILLIAM F. SHEERIN, ET AL.
AND THE CROWD, INC.

April 7, 1981.

Petition for certification is granted and the judgment is summarily reversed. See *Aetna Insurance Company v. Gilchrist Brothers, Inc., et al.,* 85 *N.J.* 550 (1981).

STATE OF NEW JERSEY v. RONALD ROGERS.

April 15, 1981.

Petition for certification granted. (See 177 *N.J.Super.* 365)

STATE OF NEW JERSEY v. GAF CORPORATION.

April 15, 1981.

Petition for certification denied.

STATE OF NEW JERSEY v. WILLIAM QUIGLEY.

April 15, 1981.

Petition for certification denied.